B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 14–23501**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dones Garcia Mayhay
   1007 W. 31st Street
   Chicago, IL 60608

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1777

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>October 15, 2014</u>　　　　　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 14-23501-TAB
Dones Garcia Mayhay Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2     Date Rcvd: Oct 15, 2014
                         Form ID: b18     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
```
db             +Dones Garcia Mayhay,    1007 W. 31st Street,    Chicago, IL 60608-5623
22088352       +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
22088353       +Blatt Hasenmiller F L,    125 S. Wacker Drive #400,    Chicago, IL 60606-4440
22088354       +Blatt, Hasenmiller, Leibsker and Moore,,    125 S. Wacker Drive, Suite400,
                 Chicago, IL 60606-4440
22088357       +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22088358       +Clarisa Mayhay,    126 N. French Street,    Alexandria, VA 22304-2632
22088359       +Clarisa V. Mayhay,    126 N. French Street,    Alexandria, VA 22304-2632
22088360       +Cook County Assesor's Office,    118 N. Clark Street,    Chicago, IL 60602-1304
22092814       +Devon and anton Brunt,    4708 W 47th Street,    Chicago IL 60632-4817
22088363       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
22088364        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22088365       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22088366        First Merit Bank,    3 Cascade Plaze,    7th Floor,    Akron, OH 44308
22088367       +Freedman Anselmo Lindberg,    1771 W. Diehl, Suite 150,    Naperville, IL 60563-4947
22088368       +Ginsberg Jacobs LLC,    300 S. Wacker Drive, Suite 2750,    Chicago, IL 60606-6782
22088369       +Glenbrook Hospital,    2100 Pfinsten Road,    Glenview, IL 60026-1393
22088370       +Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
22088371        Health Lab,    25 N. Winfield Road,    Winfield, IL 60190
22088372       +Jeffrey Kramer,    PO Box 5184,    Skokie, IL 60076-5184
22088373       +Magno Valencia,    2744 W. 38th Street,    Chicago, IL 60632-1625
22088375       +Mercy Hospital,    2525 S. Michigan Avenue,    Chicago, IL 60616-2332
22088374       +Mercy Hospital,    25739 Network Plaza,    Chicago, IL 60673-1257
22088376       +NorthShore,    9532 Eagle Way,    Chicago, IL 60678-1095
22088379       +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
22088380       +PNC Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
22088381       +PNC Mortgage,    3232 Newmark Dr., Bldg. 8,    Miamisburg, OH 45342-5433
22088377       +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
22088378      #+Pinnacle Management Services,    514 Market Loop,    Dundee, IL 60118-2181
22092815       +Rodney Weems,    4708 W 47th Street,    Chicago IL 60632-4817
22088382       +Subhash K. Shah MD SC,    PO Box 206,    Willow Springs, IL 60480-0206
22088383       +The Law Office of William J. Factor, LTD,    105 W. Madison Street Suite 1500,
                 Chicago, IL 60602-4602
22092816       +Theresa Ferro,    1007 W 31st Street,    Chicago IL 60608-5623
22088385       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QNNREID.COM Oct 16 2014 01:38:00      N. Neville Reid,   Fox, Swibel, Levin & Carroll, LLP,
                 200 W. Madison Street,   Suite 3000,   Chicago, IL 60606-3417
22088350       +EDI: BECKLEE.COM Oct 16 2014 01:33:00      American Express *,   c/o Becket & Lee,
                 P.O. Box 3001,   Malvern, PA 19355-0701
22088351       +EDI: CINGMIDLAND.COM Oct 16 2014 01:33:00      At & T Mobility,   P.O. Box 6416,
                 Carol Stream, IL 60197-6416
22088355       +EDI: AIS.COM Oct 16 2014 01:38:00      Capital One, N.A. *,   c/o American Infosource,
                 P.O Box 54529,   Oklahoma City, OK 73154-1529
22088356       +EDI: CHASE.COM Oct 16 2014 01:38:00      Chase *,   ATTN: Bankruptcy Department,
                 P.O. Box 15298,   Wilmington, DE 19850-5298
22088361        EDI: DISCOVER.COM Oct 16 2014 01:38:00      Discover Financial Services,   2500 Lake Cook Road,
                 Deerfield, IL 60015
22088362        EDI: DISCOVER.COM Oct 16 2014 01:38:00      Discover Financial Services LLC,   Po Box 15316,
                 Wilmington, DE 19850
22088384        EDI: TFSR.COM Oct 16 2014 01:38:00      Toyota Motor Credit,   Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA 52408
22228133        EDI: BL-TOYOTA.COM Oct 16 2014 01:33:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,   Attn: Gilbert B. Weisman,   POB 3001,   Malvern  PA 19355-0701
                                                                                              TOTAL: 9
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22088386      ##+Zwicker & Associates P.C.,   7366 N. Lincoln Ave. Suite 404,   Lincolnwood, IL 60712-1741
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: admin              Page 2 of 2               Date Rcvd: Oct 15, 2014
                              Form ID: b18             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2014 at the address(es) listed below:
              N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
              Nathan C Volheim    on behalf of Debtor Dones Garcia Mayhay courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sara E Lorber    on behalf of Creditor    FirstMerit Bank, N.A. slorber@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com
                                                                                             TOTAL: 4
```