# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                          §
                                                §
DONES GARCIA MAYHAY                             §      Case No. 14-23501
                                                §
          Debtor                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 143,501.00                    Assets Exempt: 15,725.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  139,238.32   Claims Discharged
                                                Without Payment:  965,410.00

Total Expenses of Administration:  38,169.38

3) Total gross receipts of $ 220,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 42,592.30  (see **Exhibit 2**), yielded net receipts of $ 177,407.70  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 423,302.00 | $ 135,295.89 | $ 134,238.32 | $ 134,238.32 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,804.99 | 38,169.38 | 38,169.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 535,816.83 | 471,923.44 | 471,923.44 | 5,000.00 |
| **TOTAL DISBURSEMENTS** | $ 959,118.83 | $ 652,024.32 | $ 644,331.14 | $ 177,407.70 |

4)  This case was originally filed under chapter 7 on  06/24/2014 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/13/2016                          By:/s/N. Neville Reid, Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE - 31ST STREET PROP. | 1110-000 | 220,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 220,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Debtor Dones Garcia Mayhay | Exemptions | 8100-002 | 15,000.00 |
| Kevin R. McCarthy, Trustee for the Estate | Non-Estate Funds Paid to Third Parties | 8500-002 | 27,592.30 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 42,592.30** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Assesor's Office 118 N. Clark Street Chicago, IL 60602 | | 15,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Assesor's Office 118 N. Clark Street Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342 | | 125,000.00 | NA | NA | 0.00 |
| | PNC Mortgage 6 N Main Street Dayton, OH 45402 | | 283,302.00 | NA | NA | 0.00 |
| 3 | NATIONAL ASSOCIATION PNC BANK | 4110-000 | NA | 116,057.57 | 115,000.00 | 115,000.00 |
| | Cook County Clerk | 4800-000 | NA | 19,238.32 | 19,238.32 | 19,238.32 |
| TOTAL SECURED CLAIMS | | | $ 423,302.00 | $ 135,295.89 | $ 134,238.32 | $ 134,238.32 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| CLOSING COSTS | 2500-000 | NA | 7,430.64 | 7,430.64 | 7,430.64 |
| Closing Costs - Rent | 2500-000 | NA | 96.43 | 96.43 | 96.43 |
| Associated Bank | 2600-000 | NA | 12.41 | 12.41 | 12.41 |
| First American Title | 2820-000 | NA | -2,261.00 | -2,261.00 | -2,261.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 21,812.50 | 15,176.89 | 15,176.89 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3120-000 | NA | 589.01 | 589.01 | 589.01 |
| Popowcer Katten LTD | 3410-000 | NA | 1,075.00 | 1,075.00 | 1,075.00 |
| @Properties | 3510-000 | NA | 13,550.00 | 13,550.00 | 13,550.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 44,804.99 | $ 38,169.38 | $ 38,169.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express * c/o Becket & Lee P.O. Box 3001 Malvern, PA 19355 | | 2,902.00 | NA | NA | 0.00 |
| | At & T Mobility P.O. Box 6416 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | At & T Mobility P.O. Box 6416 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | ATG Credit LLC PO Box 14895 Chicago, IL 60614 | | 44.61 | NA | NA | 0.00 |
| | Blatt Hasenmiller F L 125 S. Wacker Drive #400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker and Moore, 125 S. Wacker Drive, Suite400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase * ATTN:  Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 19,823.00 | NA | NA | 0.00 |
| | Chase * ATTN:  Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 13,966.00 | NA | NA | 0.00 |
| | Chase * ATTN:  Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 22,765.00 | NA | NA | 0.00 |
| | Discover Financial Services 2500 Lake Cook Road Deerfield, IL 60015 | | 0.00 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Drive Norwell, MA 02061 | | 1,445.38 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Drive Norwell, MA 02061 | | 1,548.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg 1771 W. Diehl, Suite 150 Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | Ginsberg Jacobs LLC 300 S. Wacker Drive, Suite 2750 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Glenbrook Hospital 2100 Pfinsten Road Glenview, IL 60026 | | 1.00 | NA | NA | 0.00 |
| | Harris & Harris, Ltd. 111 West Jackson Boulevard, Suite 400 Chicago, IL 60604 | | 123.29 | NA | NA | 0.00 |
| | Health Lab 25 N. Winfield Road Winfield, IL 60190 | | 531.87 | NA | NA | 0.00 |
| | Jeffrey Kramer PO Box 5184 Skokie, IL 60076 | | 165.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercy Hospital 2525 S. Michigan Avenue Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Mercy Hospital 25739 Network Plaza Chicago, IL 60673 | | 44.61 | NA | NA | 0.00 |
| | NorthShore 9532 Eagle Way Chicago, IL 60678 | | 0.00 | NA | NA | 0.00 |
| | Pierce & Associates 1 North Dearborn Ste 1300 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Pinnacle Management Services 514 Market Loop Dundee, IL 60118 | | 11,720.00 | NA | NA | 0.00 |
| | Subhash K. Shah MD SC PO Box 206 Willow Springs, IL 60480 | | 104.60 | NA | NA | 0.00 |
| | The Law Office of William J. Factor, LTD 105 W. Madison Street Suite 1500 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Zwicker & Associates P.C. | | | | | |
| | 7366 N. Lincoln Ave. Suite | | | | | |
| | 404 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 10,313.00 | 10,313.57 | 10,313.57 | 109.27 |
| 1 | DISCOVER BANK | 7100-000 | 956.00 | 956.50 | 956.50 | 10.13 |
| 2 | N. A. CAPITAL ONE BANK (USA) | 7100-000 | 21,908.00 | 22,181.78 | 22,181.78 | 235.01 |
| 5 | N. A. FIRSTMERIT BANK | 7100-000 | 423,773.02 | 435,094.13 | 435,094.13 | 4,609.80 |
| 7 | N. A. PNC BANK | 7100-000 | 507.00 | 552.21 | 552.21 | 5.86 |
| 4 | TOYOTA MOTOR CREDIT CORPORATION | 7100-000 | 3,175.25 | 2,825.25 | 2,825.25 | 29.93 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 535,816.83** | **$ 471,923.44** | **$ 471,923.44** | **$ 5,000.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-23501 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|

Case Name:   DONES GARCIA MAYHAY

For Period Ending:   05/13/2016

Date Filed (f) or Converted (c):   06/24/2014 (f)

341(a) Meeting Date:   08/14/2014

Claims Bar Date:   02/24/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.   REAL ESTATE - 31ST STREET PROP.<br><br>1007 W. 31st Street<br>Chicago, Illinois 60608<br>Mixed Use Building<br>Value Per Appraisal - 4/26/2014<br>50% Partial Interest with Clarisa V. Mayhay<br>(Ex-Spouse) | 90,000.00 | 50,789.00 | | 220,000.00 | FA |
| 2.   REAL ESTATE - UNDEVELOPED VACANT LOT<br><br>4537 S. Kilpatrick Avenue<br>Chicago, Illinois 60632<br>Undeveloped Vacant Lot<br>Value Per Appraisal - 4/26/2014 | 30,000.00 | 0.00 | | 0.00 | FA |
| 3.   REAL ESTATE - 47TH STREET PROP.<br><br>4708 W. 47th Street<br>Chicago, Illinois 60632<br>Two-Flat Residential<br>Value Per Comps<br>50% Partial Interes with Clarisa V. Mayhay (Ex Spouse) | 110,000.00 | 0.00 | | 0.00 | FA |
| 4.   CASH ON HAND<br><br>Miscellaneous Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 5.   CHECKING ACCOUNT<br><br>BMO Harris Bank, N.A.<br>Checking Account | 24.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 14-23501 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DONES GARCIA MAHAY | | | | Date Filed (f) or Converted (c): | 06/24/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/14/2014 |
| For Period Ending: | 05/13/2016 | | | | Claims Bar Date: | 02/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6.  CHECKING ACCOUNT - BUSINESS CHECKING <br><br> BMO Harris Bank, N.A. <br> Business Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 7.  HOUSEHOLD GOODS <br><br> Used Household Goods, Furnishings and Appliances in Various Buidlings | 3,500.00 | 0.00 | | 0.00 | FA |
| 8.  COLLECTIBLES <br><br> Personal Items | 300.00 | 0.00 | | 0.00 | FA |
| 9.  USED CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 10.  INSURANCE POLICIES <br><br> City Colleges of Chicago <br> Term Life Insurance <br> Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 11.  PENSION - SURS <br><br> SURS PENSION PROGRAM <br> No Current Value to Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 12.  PENSION - HBAC <br><br> HBAC Certification Practice Examins, Inc. <br> Debtor is Sole Shareholder <br> (Educational Materials - Business is not operating; no assets) | 1.00 | 0.00 | | 0.00 | FA |

FORM 7

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 14-23501 | TAB | Judge: | Timothy A. Barnes | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | DONES GARCIA MAYHAY | | | | | Date Filed (f) or Converted (c): | 06/24/2014 (f) |
| | | | | | | 341(a) Meeting Date: | 08/14/2014 |
| For Period Ending: | 05/13/2016 | | | | | Claims Bar Date: | 02/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13.  INTELLECTUAL PROPERTY | 1.00 | 0.00 | | 0.00 | FA |
|   www.HBACcertificationpracticeexams.com | | | | | |
| 14.  VOID | 0.00 | 0.00 | | 0.00 | FA |
| 15.  ILLINOIS DRIVERS LICENSE AND PE LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $234,226.00 | $50,789.00 | | $220,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2015:  House sold,  sale proceeds received and case fully administered. TFR draft prepared and expected to be filed by May 15, 2015.

Case Status March 23, 2016: We will file TDR.

Initial Projected Date of Final Report (TFR): 03/31/2015          Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-23501 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: DONES GARCIA MAYHAY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0778 |
| | Checking |
| Taxpayer ID No: XX-XXX8843 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/15 | | First American Title re: Sale of Property: 1007 W. 31st St. 30 N. LaSalle St., Suite 2220 Chicago, IL 60602 | Per HUD Statement | | $64,684.61 | | $64,684.61 |
| | | | Gross Receipts $220,000.00 | | | | |
| | | CLOSING COSTS | Closing Cost - Paid at Closing ($7,430.64) | 2500-000 | | | |
| | | NATIONAL ASSOCIATION PNC BANK PNC BANK, NATIONAL ASSOCIATION C/O SHANNON B. KRESHTOOL, ESQ. WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A. 4 RESERVOIR CIRCLE BALTIMORE, MD 21208 | Payoff of First Mortgage Loan ($115,000.00) | 4110-000 | | | |
| | | @Properties | Commission - Paid at Closing ($13,550.00) | 3510-000 | | | |
| | | Cook County Clerk | Payment of EOR for 2010 & 2011 taxes ($13,879.62) | 4800-000 | | | |
| | | Cook County Clerk | 2014 1st Installment Property Taxes to Cook County ($2,555.25) | 2820-000 | | | |
| | | Cook County Clerk | County Taxes 07/01/14 to 02/25/15 ($2,803.45) | 2820-000 | | | |
| | | Closing Costs - Rent | ($96.43) | 2500-000 | | | |
| | 1 | | REAL ESTATE - 31ST STREET PROP. $220,000.00 | 1110-000 | | | |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.41 | $64,672.20 |
| 03/20/15 | 101 | Kevin R. McCarthy, Trustee for the Estate of Clarissa V. May McCarthy & White, PLLC 1751 Pinnacle Drive - Suite 1115 McLean, VA 22102 (703) 770-9261 | 50% of net proceeds from the sale of the Property: 1007 W. 31st Street, Chicago, IL 60608 to the Chapter 7 Estate of Clarisa Valencia Mayhay pending in the Eastern District of Virginia, Case No. 14-12331. | 8500-002 | | $27,592.30 | $37,079.90 |

Page Subtotals: $64,684.61 $27,604.71

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-23501 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: DONES GARCIA MAYHAY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0778 |
| | Checking |
| Taxpayer ID No: XX-XXX8843 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/15 | 102 | Dones Garcia Mayhay c/o Nathan Volheim Sulaiman Law Group, Ltd. 900 Jorie Blvd., Ste. 150 Oak Brook, IL  60523  630-413-9054 | Property Exemption of 1007 W. 31st St. Chicago, IL  60608 | 8100-002 | | $15,000.00 | $22,079.90 |
| 04/06/15 | | First American Title 30 N. LaSalle St., Ste. 2200 Chicago, IL 660602 | Additional funds/credit from sale of property: 1007 W. 31st Street, Chicago, IL  60608 Refund re: over-payment of real estate taxes paid at closing. | 2820-000 | | ($2,261.00) | $24,340.90 |
| 04/07/15 | 14 | First American Title 30 N. LaSalle St., Suite 2200 Chicago, IL  60602  312-750-6780 | Additional funds from sale of property:  1007 W. 31st Street, Chicago, IL  60608 This transaction was entered in error reversed on 4-7-15. Asset #14 was voided. | 1110-000 | $2,261.00 | | $26,601.90 |
| 04/07/15 | | First American Title 30 N. LaSalle St., Suite 2200 Chicago, IL  60602  312-750-6780 | Additional funds from sale of property:  1007 W. 31st Street, Chicago, IL  60608 This transaction was entered in error / duplicate entry. | 1110-000 | ($2,261.00) | | $24,340.90 |
| 11/04/15 | 102 | N. NEVILLE REID 200 W. MADISON, SUITE 3000 CHICAGO, IL  60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,500.00 | $21,840.90 |
| 11/04/15 | 103 | Popowcer Katten LTD | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,075.00 | $20,765.90 |
| 11/04/15 | 104 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street, Suite 3000 Chicago, Illinois  60606 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $15,176.89 | $5,589.01 |
| 11/04/15 | 105 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street, Suite 3000 Chicago, Illinois  60606 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $589.01 | $5,000.00 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $0.00 | $32,079.90 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-23501 | Trustee Name: N. Neville Reid, Trustee | Exhibit 9 |
| Case Name: DONES GARCIA MAHAY | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0778 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8843 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/15 | 106 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 1.06 % per court order. | 7100-000 | | $10.13 | $4,989.87 |
| 11/04/15 | 107 | N. A. CAPITAL ONE BANK (USA)<br>CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 1.06 % per court order. | 7100-000 | | $235.01 | $4,754.86 |
| 11/04/15 | 108 | TOYOTA MOTOR CREDIT CORPORATION<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 4 representing a payment of 1.06 % per court order. | 7100-000 | | $29.93 | $4,724.93 |
| 11/04/15 | 109 | N. A. FIRSTMERIT BANK<br>FIRSTMERIT BANK, N.A.<br>THE LAW OFFICE OF WILLIAM J. FACTOR, LTD<br>ATTN: SARA LORBER<br>105 W. MADISON ST., STE 1500<br>CHICAGO, IL 60602 | Final distribution to claim 5 representing a payment of 1.06 % per court order. | 7100-000 | | $4,609.80 | $115.13 |
| 11/04/15 | 110 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 6 representing a payment of 1.06 % per court order. | 7100-000 | | $109.27 | $5.86 |
| 11/04/15 | 111 | N. A. PNC BANK<br>PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Final distribution to claim 7 representing a payment of 1.06 % per court order. | 7100-000 | | $5.86 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $64,684.61 | $64,684.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $64,684.61 | $64,684.61 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $64,684.61 | $49,684.61 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $5,000.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0778 - Checking | $64,684.61 | $49,684.61 | $0.00 |
| | $64,684.61 | $49,684.61 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $155,315.39 |
| Total Net Deposits: | $64,684.61 |
| Total Gross Receipts: | $220,000.00 |

Page Subtotals:                     $0.00          $0.00